# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

_Request for Commission on Police Misconduct_,

**Plaintiff**

Pam M. Martin  vs.  Illinois State Police

Case No. 07-3190

FILED
JUL 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*The case number will be assigned by the clerk)*

- Under Title 7 & 4 +
- Under Hate Crimes 1981
- Under Crime Control act 1969
- Under Human Rights laws 1959-2000
- Under Political Bias
- Under Police Misconduct (federal Code)
- Under Police Brutality (federal Code)
- Under Medical + Osha (Refusal of Medical Services)
- Illinois State Police!

**Defendant(s)**

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often _ignored_

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☒ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: Political Bias + Police Misconduct

☒ Unknown: Title 7 + Title 4 + Human Rights Bill Of Rights and Victims Rights Amendments

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Pam Martin

Prison Identification Number: None

Current address: Box 153
Triggsville Il 62340

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Sheriff Lord

2

Current Job Title: Sherriff

Current Work Address: Pike Co. jail

Defendant #2:

Full Name: I Larry Conners

Current Job Title: State Cop

Current Work Address: Pittsfield

Defendant #3:

Full Name: Sherley Carnes

Current Job Title: None

Current Work Address: General Delivery Griggsville

Defendant #4:

Full Name: Richard Liehr

Current Job Title: farmer

Current Work Address: Main St Perry Il

Defendant #5:

Full Name: Tom Hildreth

Current Job Title: None

Current Work Address: Griggsville

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☒     No ☐

If yes, please describe All refused due to your paid marks

B. Have you brought any other lawsuits in federal court while incarcerated?
Yes ☒     No ☐

C. If your answer to B is yes, how many? 6    Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   99CF88   99CF69 + 16 Smallclaims

2. Basic claim made  ID Theft and false record

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  All dropped Cause of Sheriff

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint*

4

*and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☒

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☐   No ☒

Refusal of federal attorney, + Medical Services + refusal of Adequate Housing in Pike Co! We don't live in New York City or the Savation army so raid them in New York or the Helping Hands we live at 106 W Webster St.

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pike Co jail

Date(s) of the occurrence  1999

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Housed with men + federal prisoners in Pike Co + called Ducky Carnes jr Agable, + Dog Brain and numerous

5

Other names and do not have to and not a boy or a Hildrith and your insane ravings are hate crimes and Renee needs to take her Id back and I don't look like I am supost to cause of the jail House and have a spike Dew Hail + Will file charges again for julie Jackee Crawfords say that Dumb shit over Jelousey + will file for my family again.

Hate Crimes Have (No Statutes) (Tom + Bubba) That shows how old the people are who are doeing this! so fix what you messed up! and stop allowrng your paid narks to get sex Changes to go to girls jail Mike + Frankee + Clifford + rest of your dumb narking family like Randy Shoemaker + Ted Tayer + look at the evidence Narks! and Show who is telling and Who isn't I now what I look like Police!    Pam Martin

By the way God + God jware supost to in Prison Penny!

And Under Hate Crimes My Children Are the reason there are No statutes Under new pervisions Renee Can't have kids!

Thanks
Pammy Martin

And Nut ward is a Hate Crime too!
Connie!

Went to DC to file Changes + I Woke up in road ditch and this is how now its Bubbs + Dick + Teds + Carries fault I don't believe in aliens or totale dopey shit like that McCormicks

Pam Martin

That when insane ravings started after I got hurt in crosstop in St Louis!

Pam Martin

If I Dont Exist Then Why are you signing CD's and Hurting our family nursing home freeks! It isnt a free Federal Raccateering Din! Pam

And the Old Blue Eye Remarks on My teenage ass Not (yours dumb) Slight ass Clam not a shaw or capable getit Bartlicht + BarB main! Sotake your Main assto nitthward!

Pam Martin

Old Blue eyes is fred Slight and Kennyto.

Pam M!

Harry End Of Gut Constitutes Manik Ervin Which Means Police Pig = Raccaterrington state police (Rumple-Conners-Ervin + Mind Controlor My real looks! Since they call Me and My kids and My family Ducky Carnes Jr + Grabless + Clostomers and everyothers hate Creme, Where is my Martin looks, Pam is a girl not a Boy! Coritt Cadwell Cover! fix what youfeels done
FBI = Federal Bible Institute   Pam M!
CIA = Certified Intern Attorney see Retart Carnes!
gotya Perry! Entre us! I see fat ass Nameuser you aint Sandy Taylor!

And Stop saying take the blame for Bubba Martin — Renee getting busted and fix what Glenda & Sheila Markes f—ed up!

Thanks—
Pam M.

And Stop the Bag a Balm crap & the sag muffin shit and refund our life & stick your CD's up you ass Barb & Richard!

Pam M.

Tuff Shoemaker Married — Pam Cadwell retart

See dick deadrumple lover!

## RELIEF REQUESTED

*(State what relief you want from the court.)*

My real family & My real looks back and 50 million dollars in damages to me only with no payee! get it Marcita & Bill foster!

We went through this when Mona & I got hurt the first time and when Pam M got hurt to! there are 3-4 Pams and all different ages freely

Pam Flovers Martin bald-Curled 1969    Pam Predmore Brown hair red spike 1970
Pam Faller spike Dew 1969
Pam Martin spike Dew 1970    Pam Shoemaker fa 1969
A body - Pam Orrill Martin 1966  Also Rene A. Royston = 9 years old
See dumbass & Pam Lie 1971 & Pam Cadwell to & Carmes 1956
See Police                all girls not Boys)  1968

**JURY DEMAND**   Yes ☒   No ☐

Signed this __19__ day of __June__, 20__07__.

*Pam Martin*

(*Signature of Plaintiff*)

10

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |