# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**PAM MARTIN,**
        **Plaintiff,**

vs.                                                              Case Number:    **07-3190**

**ILLINOIS STATE POLICE, et al.,**
        **Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** pursuant to the Order entered by Judge Jeanne E. Scott. Plaintiff's Petition and Affidavit for Leave to Proceed In Forma Pauperis (d/e 2) is DENIED, and Plaintiff's Complaint (d/e 1) is DISMISSED. This case is closed.

ENTER this 25th day of July 2007

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Eddings
_____
BY:  DEPUTY CLERK